UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                         CR 06-244 DSD/FLN

    Plaintiff,

v.                                                O R D E R

Rashon Cornellous Jones,

    Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated November 21, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant's Motion to suppress physical evidence [#14] is **DENIED** and Defendant's Motion to suppress statements [#15] is **granted in part** and **denied in part** as follows:

1. Insofar as the motion relates to Defendant's statement to Officer Hillbo regarding the two cellular telephones, the motion is **DENIED**.

2. Insofar as the motion relates to Defendant's statement to Sergeant Jacobsen at the Hennepin County Jail, the motion is **GRANTED**.

DATED: December 8, 2006.          s/David S. Doty
at Minneapolis, Minnesota          JUDGE DAVID S. DOTY
                                               United States District Court